FILED
2009 Apr-08 PM 01:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS HUDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 08-H-2317-S |
| ) | |
| ATTORNEY GENERAL FOR ) | |
| STATE OF ALABAMA. ) | |
| ) | |
| Respondent. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on March 24, 2009, recommending that the petition for writ of habeas corpus be DISMISSED without prejudice to the petitioner's right to file another habeas petition based on the same facts after exhausting his available state court remedies. The magistrate judge further recommended that the petitioner's motion for summary judgment (Doc. 12) be denied, also without prejudice. On April 2, 2009 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, petitioner's objections are due to be OVERRULED and the petition for writ of habeas corpus is due to be DISMISSED. A Final Judgment will be entered.

**DONE** this the ___8th___ day of April, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE